# DIVIDENDS REMITTED TO THE COURT

Case Number 10-18148 - TILLER, CATHEREE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Pyramed Healthcare**<br>1120 East Broad Street<br>Elyria, OH 44035 | 000002  Cl. No. 104 | 20.00 | 2.05 |
| **ENT health Services**<br>25761 Lorain Road<br>North Olmsted, OH 44070<br>(6-1) sp | 000006  Cl. No. 107 | 38.87 | 3.98 |
| ---------- Remittance Total ---------- | | 58.87 | 6.03 |

*[signature]*

TRUSTEE VIRGIL E. BROWN, JR., Trustee

*[Court stamp: 2011 MAY -9 AM 9:45 — U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF OHIO, CLEVELAND]*